```
                        United States Bankruptcy Court
                         Southern District of Mississippi
```

In re:                                                              Case No. 14-00981-ee
Maria Hazlitt                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0538-3            User: admin            Page 1 of 1            Date Rcvd: Jul 04, 2014
                       Form ID: n029         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2014.
db        #+Maria Hazlitt,    107 Bayshore Dr #32,    Ridgeland, MS 39157-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 4, 2014 at the address(es) listed below:
        Harold J. Barkley T1, Jr.    on behalf of Trustee Harold J. Barkley T1, Jr. HJB@HBarkley13.com
        Harold J. Barkley T1, Jr.    HJB@HBarkley13.com
        Robert Rex McRaney, Jr.    on behalf of Debtor Maria  Hazlitt mcraneymcraney@bellsouth.net,
         mcraneymcraney@gmail.com
        United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                                                              TOTAL: 4

Form n029–b23

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re: Maria Hazlitt                                                                                              Case No. 14–00981–ee

                                                                                                                               Chapter 13

## NOTICE OF REQUIREMENT TO FILE STATEMENT OF
## COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE

   Notice is hereby given that, subject to statutory exceptions, pursuant to 11 U.S.C. § 727(a)(11) and 11 U.S.C. § 1328(g)(1) an individual debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727) and chapter 13 (11 U.S.C. § 1328).

   Pursuant to Fed. R. Bankr. P. 1007(b)(7) unless an approved provider of an instructional course concerning personal financial management has notified the court that a debtor has completed the course after filing the petition an individual *debtor(s) in a chapter 7 or chapter 13 case must complete and file *Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form B23)* for cases under:

   <u>Chapter 7</u>   Within 60 days after the first date set for the meeting of creditors under § 341 of the Code.

   <u>Chapter 13</u>  No later than the last payment made by the debtor(s) as required by the plan or the filing of a motion for entry of discharge under § 1328(b).

   Failure to file the certification within the applicable time limit under Rule 1007(c) will result in the case being closed without an entry of discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

   This requirement can be completed at any time before the deadline and it is <u>highly recommended</u> that the debtor(s) complete this requirement as soon as possible to avoid missing the deadline.

   The Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition.

   Dated: 7/4/14                                          Danny L. Miller, Clerk of Court
                                                                      501 East Court Street, Suite 2.300
                                                                      P.O. Box 2448
                                                                      Jackson, MS 39225–2448
                                                                      601–608–4600

*In a joint case, each debtor must file a separate certification (Official Form B23).